IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL THOMAS, #182955, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV195-F |
| ) | [WO] |
| CHARLES ANTHONY KAMBURIS, ) | |
| JR., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon consideration of the plaintiff's Motion For Stay of Proceedings and Relief From the Court's Order of August 26, 2005, filed on 1 September 2005 (Doc. # 34), and for good cause, it is

ORDERED that the motion is DENIED. First, the motion is not signed, and it does not include a Certificate of Service, reflecting service upon the defendants. Second, the plaintiff's reasons for requesting an indefinite stay of these proceedings are inadequate.

DONE this 29th day of September, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE