IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PAUL THOMAS, #182955,              )
                                   )
            Plaintiff,             )
                                   )
v.                                 )     CIVIL ACTION NO.  2:05CV195-F
                                   )     [WO]
CHARLES ANTHONY KAMBURIS,          )
JR., et al.,                       )
                                   )
            Defendants.            )

## ORDER ON MOTION

Upon consideration of plaintiff's Motion For Joinder of Persons Needed For Just Adjudication Under Rule 19, filed on 16 September 2005 (Doc. 37), it is ORDERED as follows:

1.   The Clerk of the Court is DIRECTED to serve a copy of the motion upon the State of Alabama Attorney General and upon the General Counsel for the Alabama Department of Corrections.

2.   The Attorney General and/or the General Counsel for the Alabama Department of Corrections is/are DIRECTED to respond to the plaintiff's motion on or before 21 October 2005.

3.   The defendant is DIRECTED to respond to the plaintiff's motion on or before 21 October 2005.

DONE this 29th day of September, 2005.


                                    /s/ Vanzetta Penn McPherson
                                    VANZETTA PENN MCPHERSON
                                    UNITED STATES MAGISTRATE JUDGE