IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL THOMAS, #182955, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05CV195-F |
| | ) | [WO] |
| CHARLES ANTHONY KAMBURIS, | ) | |
| JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 7 October 2005 (Doc. # 48), the defendants filed a Motion To Extend and Enlarge [the] Deadlines set by the court in its order of 29 September 2005 (Doc. # 45). The defendants, who seek an extension of 14 days and who have previously appeared pro se in this action, have now retained counsel (Doc. # 47).

The plaintiff filed a Motion For Joinder of Persons Needed For Just Adjudication Under Rule 19 on 16 September 2005 (Doc. # 37), and the court has directed the defendants to respond to the motion on or before 21 October 2005.  That is the deadline as to which the defendants now seek an extension.  The decision to join additional parties to this case is a significant one; thus, the defendants' response warrants careful consideration.

Accordingly, it is

ORDERED that the defendants' motion is GRANTED.  They shall file their response to the plaintiff's motion on or before 4 November 2005.

DONE this 13th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE