IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL THOMAS, #182955, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV195-MEF |
| | ) | [WO] |
| CHARLES ANTHONY KAMBURIS, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 28 December 2005, the plaintiff filed a Motion For Appointment of a Judicial Officer For Purposes of Mediation (Doc. # 66). The court directed the defendants to respond to the motion (Doc. # 72). On 17 January 2006, the Alabama Department of Corrections filed its response, indicating that it does not object to mediation and setting forth its willingness "to participate in mediation of this dispute if the Court and the other parties deem its participation will be useful to the process" (Doc. # 76). On 19 January 2006, defendants Kamburis and Wilson filed their similarly worded response (Doc. # 78).

Upon consideration of the motion and the defendants' responses, and for good cause, it is

ORDERED that the motion is DENIED. Court-annexed mediation in the Middle District of Alabama is voluntary; it cannot be imposed upon the parties. The plaintiff stated in his motion that the "opposing parties has [sic] failed to respond" to his attempts to negotiate a settlement. The defendants' responses negate any agreement to mediate, the

prerequisite for engaging the court's mediation services.  If the parties confer and agree to mediate this case in the future, they are advised to notify the court promptly.

DONE this 25th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE