IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL THOMAS, #182955, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV195-MEF |
| ) | [WO] |
| CHARLES ANTHONY KAMBURIS, ) | |
| JR., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

By order dated 17 February 2006, the court has set a status conference and directed the DOC to produce the plaintiff for the conference (Doc. # 96). Since that time, the plaintiff has filed three additional motions. The parties are ADVISED that the court will consider all of the motions pending in this case at the time of the status conference on 6 March 2006 at 10:00 a.m.

The plaintiff's recent motions can be decided before the status conference. Accordingly, it is ORDERED as follows:

1. The plaintiff's Motion for Order declaring this court's jurisdiction over the defendants with respect to the state law claims is GRANTED. This order should not be construed as endorsing the state law claims; the court merely affirms that it has jurisdiction over the subject matter of those claims and over the defendants sued.

2. The plaintiff's Motion for Order directed to the ADOC to show cause why it

failed to provide the plaintiff with requested documents on 10 February 2006 at its offices is GRANTED. On or before 3 March 2006, the ADOC shall show cause why it did not provide the plaintiff with his requested documents on 10 February 2006. The DOC shall state, with specificity the documents it provided to the plaintiff, how they responded to the plaintiff's discovery requests, the documents that were withheld, and the reasons for withholding the documents.

3. The plaintiff's Motion for Modification of Section 4 of the Scheduling Order is DENIED.

DONE this 23rd day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE