IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL THOMAS, #182955, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05CV195-MEF |
| CHARLES ANTHONY KAMBURIS, JR., *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On 9 February 2006, the Magistrate Judge filed a Recommendation (Doc. #90) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the plaintiff's motion for class certification is DENIED.

This case is REFERRED back to the Magistrate Judge for appropriate proceedings.

Done this the 1st day of March, 2006.

                                             /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE