IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PAUL THOMAS, #182955,                      )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )          CIVIL ACTION NO.  2:05CV195-MEF
                                           )          [WO]
CHARLES ANTHONY KAMBURIS,                  )
JR., et al.,                               )
                                           )
            Defendants.                    )

## ORDER ON MOTION

On 19 May 2006, the defendants filed a Motion for Leave to Depose the plaintiff on

2 June 2006 at 1:30 p.m., as further stated in the motion (Doc. # 138).  For good cause, it is

ORDERED that the motion is GRANTED.  Accordingly, it is further ORDERED as

follows:

1.      On the appointed date and at the time indicated, the persons who maintain

        custody of the plaintiff shall present him on time for deposition at the

        Alexander City Work Release Center, Department of Corrections in Alexander

        City, Alabama.

2.      The plaintiff shall present himself on time, ready to respond fully and

        reasonably to questions from defendants' counsel.

3.      The deposition shall continue until testimony is completed, provided that, the

        deposition shall not extend beyond 5:00 p.m., and, unless specifically

        requested by the court reporter, shall include no more than three 10-minute

breaks.

DONE this 24th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE